IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:14CR276 |
| Plaintiff, | ) ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) | |
| HAROLD PERSAUD, aka HARRY PERSAUD, | ) ) ) ) ) | FINAL ORDER OF FORFEITURE |

1. On December 4, 2015, this Court initially forfeited the following properties subject to the provisions of 21 U.S.C. § 853(n):

   a. $93,446.25 in U.S. Currency seized from Key Bank Acct #XXXXXX6246 in the name of Harold Persaud;

   b. $250,188.42 in U.S. Currency, seized from Ohio Savings Bank Acct #XXXXXXXX8442, in the name of Roberta Persaud; and,

   c. A money judgment in the amount of $2,100,000.00 which constitutes the amount of gross proceeds Harold Persaud obtained as a result of the health care violation.

2. Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the initially forfeited properties are entitled to a judicial determination of the validity of the legal claims or interest they assert.

3. The United States published notification of the Court's Preliminary Order of Forfeiture on www.forfeiture.gov, an official government internet site for 30 consecutive days, beginning on December 29, 2015, and ending on January 27, 2016. Said published notice advised all third parties of their right to petition the court within thirty (30) days of the last date of

publication, for a hearing to adjudicate the validity of their alleged legal interest in the subject properties.

4. Direct written notice and a copy of the preliminary order of forfeiture were sent to Roberta Persaud as a potential party-in-interest.

5. No claims were made to the initially forfeited properties

6. By virtue of the foregoing, the United States is entitled to possession of the subject properties, pursuant to 21 U.S.C. § 853.

THEREFORE, it is hereby ORDERED, ADJUDGED and DECREED:

The following properties are finally forfeited to the United States, pursuant to 21 U.S.C. § 853 for disposition in accordance with law:

    a. $93,446.25 in U.S. Currency seized from Key Bank Acct #XXXXXX6246 in the name of Harold Persaud;

    b. $250,188.42 in U.S. Currency, seized from Ohio Savings Bank Acct #XXXXXXXX8442, in the name of Roberta Persaud; and,

    c. A money judgment in the amount of $2,100,000.00.

IT IS SO ORDERED this 13th day of APRIL, 2016.

_____
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE