UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HAROLD PERSAUD | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| Defendant-Petitioner, | ) | CRIMINAL CASE NO.: 1:14CR276 |
| | ) | |
| -vs- | ) | |
| | ) | Civil Case No.: 1:18CV01306 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Respondent. | ) | NOTICE OF APPEAL |

Notice is hereby given that Harold Persaud, Defendant-Petitioner in the above-captioned case, hereby appeals to the United States Court of Appeals for the Sixth Circuit, from the Memorandum Opinion and Order (ECF # 228) entered in this action on November 19, 2018, and from the Judgment Order (ECF # 229) entered in this action on November 27, 2018, denying his Motion to Vacate and Set Aside Judgment of Conviction and Sentence pursuant to Title 28 United States Code Section 2255 and determining that no certificate of appealability would be issued.

Respectfully submitted,

*/s/ Richard G. Lillie /s/ Gretchen A. Holderman*
RICHARD G. LILLIE (390023744)
GRETCHEN A. HOLDERMAN (390058508)
LILLIE & HOLDERMAN
2003 St. Clair Avenue
Cleveland, Ohio 44114
T: (216) 861-1313 / F: (216) 861-1314
rlillie@lillieholderman.com
gholderman@lillieholderman.com

CERTIFICATE OF SERVICE

This is to certify that the foregoing was filed electronically on the 14th day of January 2019, in accordance with the Court's Electronic Filing System. Parties may access this filing through the Court's filing system.

*/s/ Richard G. Lillie /s/ Gretchen A. Holderman*
RICHARD G. LILLIE (390023744)
GRETCHEN A. HOLDERMAN (390058508)